IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS R. COX,

    Plaintiff,

v.                                       5:15cv61-WS-GRJ

STATE OF INDIANA, and
INDIANA BUREAU OF MOTOR
VEHICLES,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed April 8, 2015.  The magistrate judge recommends that the plaintiff's case be dismissed for lack of jurisdiction motion and for failure to state a claim upon which relief may be granted.  The plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2) for lack of jurisdiction and for failure to state a claim upon which relief may be granted. The dismissal is without prejudice to refiling in an appropriate forum.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this ___12th___ day of ___May___, 2015.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE